# United States Court of Appeals
# for the Fifth Circuit

No. 20-51022

LESLIE BETTICE,

    *Plaintiff—Appellant,*

*versus*

CITY OF NEW BRAUNFELS,

    *Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:17-CV-904

CLERK'S OFFICE:

    Under 5ᵗʰ Cir. R. 42.3, the appeal is dismissed as of January 14, 2021, for want of prosecution. The appellant failed to timely pay the docketing fee, order transcript and make financial arrangements with the court reporter.

A True Copy
Certified order issued Jan 14, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

20-51022

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT